151 So.2d 693

Victor C. DANIELSEN

v.

SECURITY VAN LINES, INC., and Fidelity and Casualty Co. of New York.

No. 46700.

April 17, 1963.

Court of Appeal, Fourth Circuit. 150 So. 2d 86.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.